391 A.2d 673

Commonwealth v. Bell, Appellant.

Submitted March 13, 1978. Larry E. Stone, Assistant Public Defender, for appellant; Reid H. Weingarten, Deputy District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.